



Search for Cases by: Select Search Method...

Judicial Links   |   eFiling   |   Help   |   Contact Us   |   Print      GrantedPublicAccess **Logoff JOSEPH_WHITENER**

### 21JE-CC00091 - JESSE A BELL V JEFFERSON COUNTY SHERIFFS DEPT (E-CASE)

| Case FV ade Vaeuw | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |
|---|---|---|---|---|---|---|---|---|

**Judge/Commissioner Assigned:** MISSEY, DARRELL ERIC

**Location:** Jefferson

**Disposition:** Not Disposed

**Date Filed:** 01/15/2021

**Case Type:** CC Other Miscellaneous Actions

Track This Case




**Your Missouri Courts**

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print     GrantedPublicAccess  Logoff JOSEPH_WHITENER

**21JE-CC00091 - JESSE A BELL V JEFFERSON COUNTY SHERIFFS DEPT (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending  ○ Ascending     Display Options: All Entries

---

**02/11/2021** ☐ **Retn Serv-Reg/Cert Mail Succs**
FOR JCSD 7019 0700 0000 4026 9399

**02/04/2021** ☐ **Receipt Filed**
CERTIFIED MAIL RECEIPT 7019 0700 0000 4026 9399 - JCSD

**02/03/2021** ☐ Certificate of Mailing
CERTIFIED COPY OF PETITION AND ALL DOCUMENTS FILED MAILED TO JCSD 7019....9399
☐ **Notice of Court Hearing Sent**
TO BOTH PARTIES
☐ Civil Setting Scheduled
Scheduled For: 03/24/2021;  9:00 AM ;  DARRELL ERIC MISSEY;  Jefferson

**02/02/2021** ☐ **Ord Allow In Forma Pauperis**
FILING FEE WAIVED. AS REQUEST IS NOT LEGIBLE, TRIAL COURT TO DETERMINE INDIGENCY STATUS. SO ORDERED: BRENDA STACEY, CIRCUIT JUDGE DIV. FOUR

**01/15/2021** ☐ **Filing:**
ORIGINAL FILING FORM
Filed By: JESSE ALLEN BELL
☐ Mot to Proc In Forma Pauperis
Filed By: JESSE ALLEN BELL
☐ **Motion for Apptmnt of Counsel**
Filed By: JESSE ALLEN BELL
☐ **Petition Filed - No Fees**
PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 USC 1983
☐ Judge Assigned

---



# Your Missouri Courts

Search for Cases by: Select Search Method... ▼

Judicial Links | eFiling | Help | Contact Us | Print

GrantedPublicAccess  Logoff JOSEPH_WHITENER

**21JE-CC00091 - JESSE A BELL V JEFFERSON COUNTY SHERIFFS DEPT (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution |

FV

**Click here to QuickFile on behalf of the Selected Party.**

○ **BELL , JESSE ALLEN , Plaintiff**

    P.O. BOX 100
    JEFFERSON COUNTY JAIL
    HILLSBORO, MO 63050

    **Year of Birth:** 1980

○ **JEFFERSON COUNTY SHERIFFS DEPT , Defendant**

    400 1ST STREET
    HILLSBORO, MO 63050
    **Business:** (636) 797-5000

Case.net Version 5.14.12      [Return to Top of Page](#)      Released 11/10/2020

Case.net 21JE-CC00091 - Service Information



Search for Cases by: Select Search Method...

**Judicial Links** | **eFiling** | **Help** | **Contact Us** | **Print**     GrantedPublicAccess **Logoff JOSEPH_WHITENER**

**21JE-CC00091 - JESSE A BELL V JEFFERSON COUNTY SHERIFFS DEPT (E-CASE)**

| Case<br>FV Jadde Weum | Parties &<br>Attorneys | Docket<br>Entries | Charges, Judgments<br>& Sentences | Service<br>Information | Filings<br>Due | Scheduled<br>Hearings & Trials | Civil<br>Judgments | Garnishments/<br>Execution |

Service information is not available for the selected case.

Case.net Version 5.14.12                    [Return to Top of Page](#)                    Released 11/10/2020

23rd Judicial Court
Hillsboro, MO 63050
Circuit Clerk of Jefferson County

FILED

JAN 15 2021

MICHAEL E. REUTER
CIRCUIT CLERK

Jesse Alle Dell
Plaintiff

Cause No:
21 Je - CC 00091
Plaintiff Request Trial By Jury
yes ____ / ____ no

Jefferson County Police Department
Defendant

— Prisoner Civil Rights Complaint Under 42 USC § 1983

Pg 1

I   The Parties to this Complaint
A.  The Plaintiff
Name: Jesse Glen Bell
Current Institution: Jefferson County Jail


INDicate Your Prisoner Status:
☒ Pretrial Detainee



B.  The Defendants
Name: Jefferson County Police Department
Job or Title: "Peace officers"
ADDress:




_____ Individual Capacity _____/ official Capacity




Pg 2

Motion for Appointment of Counsel and Affidavit In Support

I declare under penalty of Perjury that the foregoing is true and correct.

Executed on _____ January 8 _____, 2021

_____
Signature of Plaintiff

# Statement of Claim
1-8-21

On 6-20-20 I was with my Girlfriend Stacey Rodgers and her Son Gregory Tyler going to the gas station in Greggs (as Cigeny Caudies) Officer Richards pulled us over as we aproched Circle K in Cedar Hill MO. He pulled the vehical over for not having a license plate. Note I was wearing Sestbelt but the officer was trying to say I wasnt. I Fled the Sene knowingly that he pulled Gregory over not me. I had my Father give me a ride home.

When I got home I went to the backyard to arrowhead hunt for fun. I went up Stream to find ~~Thomas~~ with ~~A~~ An Amren Truck Stuck In the Creek. I didnt think much of it because the bridge is impassable due to such waight of the truck. So he was useing the low water cut to cross but got Stuck. I asked him if he needed help he said Sure And threw me a hard hat and vest My exact words were Cool Im part of the Gneren tram. Then he threw me Straps to hook to Something Strong to use the boom on the truck to will it's self out. So I turned want under the Reader bridge to hook it I herd a Walkie go off on top the bridge (Note earlyer I Fled So I was Atomaticly Startled. The officer Gnew #773-128 Says Frzee Im going to Teze You I Sprinted Home Scared For my life With all the Police Brutality going on these days. As I turned my

Pc 3



Front door officer Gearon # 778·128 Plowed into me cassing the both of us to enter my home (Privit Property) Cameras inside my home are on motion sensors it came on Instantly.

Officer Gearon # 778·128 pined me to the ground And Began to Scream Get on the Ground, He looks all around to make sure noone is watching up's get on the ground (clearly I'm on the ground compling with him and He Starts delivering Blowes to my Face and head) I have video footage of this Incident I will enclose the website I Created For you to see.

After putting this footage on my Face book From time to time it kept being taken down and the Jefferson county police Department kept Harrasing me by pulling up in my driveway around 5 or 6 in the mornings in privit Nhiberhood I was in Fear for my life ss I Still Am.

Then on 11-15-20 My Dear Friend THOMAS Murphy gave me his deck tracter Me and Gregory Tylor Was At his Residence 8199 Canyon Ln DiKinn 63023 Loading tractor onto a trailor When Officer Reed # 810 pulled up with His lights on I and Gregory both Jumped in the Truck I bought off of Thomas murphy like a week prior, as takin off the tractor half on the

Trailor. I looked in my side mirror on left and witnessed the tractor side swipe a tree and came lose at that time I shifted 5 gear and passed the officer. The officer then Jumped out of his Car and opened Fire on me I herd Six shots and Felt them bouncing off the truck. I threw Gregory in the Floor and InFear for my liF. I began to go fast as I could to get away. The police chase was lengthy it went all the way into Washington County. Spike strips were deployed twice. At this time I was in shock from the bullets that had almost killed me. Then I began to Run when truck wouldn't go no more. I made it like ten steps tackled to the ground then 8 cops took turns beating me. At that Time they were saying wares the gun, wares the gun. I have never been a violent offender I had No Idea that the officer was saying my passenger Gregory Tyler had shot 3 muzzle flashes in thier direction (wich never happend) as sit here in Jefferson County Jail with Huge Charges that never happened waiting on Justice.

Beat me in my home

Harras me often

Shoot at me and Say we shot at you

Beat me as a group

Please Help me.

They are saying the Dash cams weren't working?

° HiGh my cock shot

° From this beating.



Come to find out the probable cause statement officer Reed never said anything about shots fire on the scene. I came to Jail beat up charged with all this get probable cause statement and nowhere does it say we were shot at. On the news channel 5 and 4 it stated Mr. Jesse Allen Bell and Gregory Tyler shot at the police and In the Jefferson County Leader News Letter On thanksgiving it said we shot at police.

Then I get my discovery after being on Recorded phone calls here it states that the Nhiebor at Cannon Ln shot 6 shots at us Note he is a retired police officer. But he didnt get into any trouble the confinscated his gun and only claim to have found 2 shell casing's.

Also my mug shot showes this Beating 11/15/12, around december 10th to 14th or so I had spoken with Thomas Murphy on Recorded call He did a 3 way call to his mother Laura # 636 He stated that he gave me the Tractor that 22 He wanted the video footage from the home on Cannon Ln She got mad at him hung up the phone. He then on Recorded call told me to call him next day same time around 3 to 4 he would Have the footage for me. So I went to call The phones went down here at the Jail

→



The phones came back on later that evening I tried to call Tom at 636 222 0962 Christys phone. She stated she hadn't seen him all day. So I tried the next day. No answer so I called my Girlfriend Stacey Rodgers 636 283-7075 Who told me the terrible News they found TOM Dead hanging in his shed. Said he was hanging feet and knees on ground with his face almost on the ground.

This Leaves me so afraid for My life and Familys lives.

Also Id like to add the the police Claim in ther disclosure that I tripped over something into a thornbush let me Just Say the thorn bushes have very hard hands.

Please Investigate this Matter My medical Records will Clearly State I have had Numeros head Injurys In the past I beleive I have been diagnost with TCI from this.

Respectfully Submitted

Jessie Allen Bell

Here is the First Brutality I Received from the Jefferson County Police Offices Gescon # 773

https://jessebell.sjeffersoncountysheccyody.com

® All lowercase No Spaces

IV. Relief

State Briefly and Precisely what you want the Courts
To Do for you.

If you Are Requesting Money Damages, Include the
Amounts of any Actual Damages and/or Punitive
Damages you Are Claiming. Explain why you
Believe you Are Entitled to Recover those Damages.

I'm Requesting $10,000,000 (Ten Million) U.S.
Dollars for Damages and/or Punitive. I was beaten
Tazed, Shot at, Choked In my Home, Unlawful
Entry of my Home. I want Charges filed for Police
Brutality, Defamation of Character, and Constant
Harassment.

V. Exhaustion of Administrative Remedies/Administrative
Procedures

I filed (3) Jefferson County Sheriff's Office
Citizen Complaints.
Both are Enclosed and Notecized. Also I'm Still
Waiting for Internal Affairs In Response To
Complaints.

(Note) Pages 5, 6, Are Not Applicable. All 3 Grievances
Are Enclosed.

Pg 5

VI. Previous Lawsuits

I filed this Same Lawsuit within the Jefferson County Judicial System and Met with Negative Results.

No Cases Have Ever been Dismissed on the Basis of this "three strikes Rule"

This Lawsuit was filed in federal courts on Dec 2 2020 without the Particulars, I've Managed to gather more detailed Information to support this Claim (1) videos (1) Citizen Complaint (3) (C) Affidavid. "Statement of Claim."

(Note) #9 is not Applicable

pg 8

The Internal Affairs Head Of Jefferson County Has A Copy Of 2 Jefferson County Sheriffs Office Citizen Complaints I have filed And A Typed out Grievance

III. IN

From The 6-20-20 Incident, I can't Sleep. This

causes my Heart to Race at all times. I sweat profusly at times.

PTSD I was diagnost with prior has gotten much more

Severe. I enclose myself naturaly in every aspect of

my life. My hips hurt everyday And my back from the

impact to the backside of me as I turned the doorwob

which sent me flying into my home. Im So affraid for

my life and my families Safety every day.

Then thers My Sexual drive / I can't even get an

Erection anymore from this. I feel like Im not a

man anymore.

Then the Harrasment Also Caused me to Rarely leave

my home Scared to go to work Scared to go to the Store

From 11-15-20 Incedent. I have Nightmares that

Take my breath away. The bullets flying all around me Then

of the cops beating me and bragging about it.

Everything is much worse now than it was before.

I Am Still currently In fear for my life daily

anytime I see a Correctional officer OR C.O.

I fear I am less of a man physicly and

mentaly for the Rest of My life.

My Ears havent Stop Ringing Since 6-20-20

But now from 11-15-20 Its twice as loud at leasts

Feel like the Ears which are broken.          PG. 4

23rd Judicial Court
Hilsboro mo 63050
Circuit Clerk of Jefferson County

Jesse Allen Ball
Plaintiff

v

Jefferson County Police Department
Defendant

Case No.
21 Je- CC00091

**FILED**
JAN 15 2021
MICHAEL E. REUTER
CIRCUIT CLERK

Motion For Appointment of Counsel and Affidavit
In Support

I Jesse Ball Hereby Apply for Appointment of
Counsel In Support of my Application I Declare
under Penalty of Perjury that the following fact are
true:

(1) I am the Plaintiff in the Above-Entitled
    Case and I Believe I am Entitled to Relless

(2) Because of my poverty, I am unable to pay
    a reasonable Attorney fee

(3) I have Made Diligent Efforts to obtain legal
    Counsel, But Because of my poverty I have
    Been unable to Secure Same. following is
    A Discription of the Efforts I have Made

Pg 1 (12)

3rd Judicial Court
Michael Reuter

Jesse Bell
            Plaintiff,
vs.

Jefferson County Police Department
            Defendant

Case No.
21JE-CC00091

F I L E D
JAN 15 2021
MICHAEL E. REUTER
CIRCUIT CLERK

Original Filing form

This form must be completed and verified By filing
Party when initiating a new case.

☒ Neither this Same Cause, nor a Substantially
Equivalent Complaint, has been Previously filed
In this Court, and therefore May be Opened as
an Original Proceeding.

The undersigned Affirms that the Information
Provided Above is true and Correct.

Date: 1-8-21                    Jesse Bell
                    Signature of filing Party

Continuation Application to Proceed In District Court

2. Not Employed                                    fees or Cost.

3. Other Income: None

4. Amount of Money that I Have In Cash or In a
Checking or Savings Account: $0

5. Any Automobile, Real Estate, Stock, Bond, Securities,
ETC.: None

6. Any Housing, Transportation, utilities, or Loan
Payments, or other Regular Monthly Expenses: None

7. Names (of, If under 18, Initials Only) of all
Persons who Are Dependent on me for Support
my Relationship with each person and How
much I contribute to their support:
Name: Jesse Allen Bell JR        Dates: 1-12-07
Name: Kaitlyn Nikia Bell          Dates: 5-12-01

8. Any Debts or financial Obligations:
About $6,000 In Back Child Support

Declaration: I Declare under Penalty of Perjury
that the Above information is true and
understand that a false statement may Result
In a Dismissal of my claims.
Applicants Signature: JA Bell    Printed Name: Jesse Allen Bell

VII Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint:
(1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a non frivolous argument for extending, modifying or reversing existing law; (3) The factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11

I agree to provide the Clerk's office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.
     Signed this 5th Day of January, 2021
          Signature of Plaintiff

In the Circuit Court of 23rd Judicial Court
State of missouri At Hillsboro mo 63050
Michael Reuter Circuit Clerk
Of Jefferson County

Jesse Bell

Plaintiff

vs                                   Civil Case No.

Jefferson County Police Department

Defendant

MICHAEL E. REUTER
CIRCUIT CLERK
01/15/2021
21JE-CC00001

ORDER
Filing fee waived. As request is
not legible, trial court to
determine indigency status. So
Ordered.
Feb 02, 2021, 5:09 pm   J4

Application To Proceed In District Courts without Prepaying Fees, Cost

I am a Plaintiff or Petitioner In this case and Declare that
I am unable to pay the Cost of proceedings and that I am
entitled to the Relief Requested. In Support of this application
I answer the following Questions under Penalty of Perjury
(i) If Incarcerated, I am being held at Jefferson County
Jail. If Employed there or have an account in the
Institution, I have attached to this Document a statement
certified by the appropriate Institutional Officer showing all
Receipts Expanding and Balances during the last six Months
For any Institutional Account In my name. I am also
submitting a Similar Statement from any other
Institution where I was Incarcerated during the last
Six Months.

## Indigent Affidavit

I _Jesse Bell_ am Incarcerated and unEmployed. The Monies you will see on my inmate Account is a Result of stimulus and family Support. I am In No way able to pay filing and/or Attorney's fee's Pursuant to this Complaint.

The undersigned Affirms that the Information provided Above is true and Correct.

Date: 1-8-21

_Jesse Bell_
Signature of Plaintiff

## NOTICE OF ENTRY
(SUPREME COURT RULE 74.03)

### In The 23rd Judicial Circuit Court, Jefferson County, Missouri
P O BOX 100, 300 MAIN ST, HILLSBORO, MISSOURI 63050

**JESSE A BELL V JEFFERSON COUNTY SHERIFFS DEPT**                    **CASE NO : 21JE-CC00091**

To:      File

YOU ARE HEREBY NOTIFIED that the court duly entered the following:

| **Filing Date** | **Description** |
|---|---|
| 02-Feb-2021 | Ord Allow In Forma Pauperis |
| | FILING FEE WAIVED. AS REQUEST IS NOT LEGIBLE, TRIAL COURT TO DETERMINE INDIGENCY STATUS. |
| | SO ORDERED:  BRENDA STACEY, CIRCUIT JUDGE DIV. FOUR |
| | |
| 03-Feb-2021 | Civil Setting Scheduled |
| | Scheduled For: 24-Mar-2021 9:00 AM; DARRELL ERIC MISSEY; Division 2 Courtroom; Jefferson |
| | Event Location:   P O Box 100,300 Main St,Hillsboro, Mo |

_____

Clerk of Court

CC:            File

ECC:

Date Printed : 03-Feb-2021

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)          $
- ☐ Return Receipt (electronic)        $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required           $
- ☐ Adult Signature Restricted Delivery $

Postmark
Here

FEB 03 2021

JCSD
400 1ST STREET
HILLSBORO, MO 63050
21JE-CC00091

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

# Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not available* for international mail.
- Insurance coverage is *not available* for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.

For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:

- Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

or for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

To ensure that your Certified Mail receipt is recognized as proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** April 2015 *(Reverse)* PSN 7530-02-000-9047

FEB 04 2021

MICHAEL E. R...
CIRCUIT C...

MICHAEL E. R...
CIRCUIT C...
P.O. BOX 100
HILLSBORO, MO 63050



■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JCSD
400 1st
6 3050

9590 9402 6410 0303 2339 93

2. Article Number *(Transfer from service label)*

7019 0700 0000 4026 9399

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
2/10/202

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED
FEB 11 2021
MICHAEL E. REUTER
CIRCUIT CLERK

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #:

9590 9402 6410 0303 2339 93

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Reuter
Circuit
Box 100

63050

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

FEB 17 2021

MICHAEL E. REUTER
CIRCUIT CLERK

1. Article Addressed to:

JCSD
400 1ST STREET
HILLSBORO, MO 63050
21JE-CC00091

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

9590 9402 3752 8032 3307 18

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7019 0700 0000 4026 9399

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



USPS TRACKING #

9590 9402 3752 8032 3307 18

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

MICHAEL E. REUTER
CIRCUIT CLERK
JEFFERSON COUNTY
P.O. BOX 100
HILLSBORO, MO   63050